IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division
No. 3:14-cv-219-GCM

DIANE WILLIAMS,

    Plaintiff,

v.

CAROLYN W. COLVIN,

    Acting Commissioner
    of Social Security,
    Defendant.

ORDER

FILED
CHARLOTTE, NC

JUL 21 2015

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

This action is before the Court on the plaintiff's application for attorney's fees, costs, and litigation expenses under the Equal Access to Justice Act ("EAJA"), 29 U.S.C. Section 2412. The plaintiff seeks $6232.00 in attorney's fees computed at an hourly rate of $190.00 for her attorney's services in this case. The plaintiff also seeks $420.20 in costs and litigation expenses to reimburse her for the filing fee and the cost of serving the summons and complaint.

The government consents to the plaintiff's application for attorney's fees, costs, and litigation expenses, and it appears to the Court that the application should be granted.

IT IS HEREBY ORDERED that the Court will award attorney fees in the amount of $6232.00, and costs and litigation expenses in the amount of $420.20 in full satisfaction of any and all claims the plaintiff may have in this case under the Equal Access to Justice Act.

Pursuant to the United States Supreme Court's ruling in *Astrue v. Ratliff*, 560 U.S. 586 (2010), these attorney fees are payable to plaintiff as the prevailing party, and are subject to offset through the Treasury Department's Offset Program to satisfy any pre-

existing debt the plaintiff may owe to the government. If, subsequent to the entry of this Order, the Commissioner determines that the plaintiff owes no debt to the government that would subject this award of attorney's fees to offset, the Commissioner may honor a signed assignment of EAJA fees providing for payment of the subject fees to plaintiff's counsel, rather than to plaintiff. If plaintiff is discovered to owe the government any debt subject to offset, the Commissioner shall pay any attorney's fees remaining after such offset has been satisfied.

SO ORDERED this the 21st day of July, 2015.

Graham C. Mullen
United States District Judge